**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-3071-WJM-MJW

MIDCO DIVING & MARINE SERVICES, INC., a South Dakota corporation

    Plaintiff,

v.

ASLAN CONSTRUCTION, INC., a Colorado corporation
HARTFORD FIRE INSURANCE COMPANY, a Connecticut insurance company,

    Defendants.

## ORDER REMANDING CASE FOR LACK OF JURISDICTION

    On November 21, 2012, Defendants Aslan Construction, Inc. and Hartford Fire Insurance Company filed a Notice of Removal ("Notice"). (ECF No. 1.) In every case and at every stage of the proceeding, a federal court must satisfy itself as to its own jurisdiction, even if doing so requires *sua sponte* action. *See Citizens Concerned for Separation of Church & State v. City & Cty. of Denver*, 628 F.2d 1289, 1297, 1301 (10th Cir. 1980). Absent an assurance that jurisdiction exists, a court may not proceed in a case. *See Cunningham v. BHP Petroleum Great Britain PLC*, 427 F.3d 1238, 1245 (10th Cir. 2005).

    The Notice states that removal to this Court is authorized under 28 U.S.C. § 1441 as there is diversity of the parties and the amount in controversy exceeds $75,000. (*Id*. ¶ 6.) The Court takes no issue with the contention that the parties are diverse and that the amount in controversy exceeds $75,000. However, " [a] civil action otherwise removable on the basis of jurisdiction under section 1332(a) of this title may

not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the state in which the action was brought." 28 U.S.C. § 1441(b)(2).  The Notice explicitly states that Defendant Aslan Construction is a Colorado corporation with its principal place of business in Berthoud, Colorado.  (*Id*. ¶ 3.)  Therefore, Defendants' removal of this action to this Court was improper and as a result the Court lacks jurisdiction.

Accordingly, the Court ORDERS that the above-captioned action is REMANDED to the District Court of the County of Weld, Colorado.

Dated this 30th day of November, 2012.

BY THE COURT:

William J. Martínez
United States District Judge